UNITED STATES *v.* THE MAY DEPARTMENT ' STORES CO., INC.

No. 7617.—Invoice dated London, England, August 12, 1947.
Certified August 19, 1947.
Entered at New York, N. Y., August 27, 1947.
Entry No. 711980.

(Decided September 21, 1948)

*David N. Edelstein,* Assistant Attorney General (*Charles J. Miville,* special attorney), for the plaintiff.
*Tompkins & Tompkins* (*Allerton deC. Tompkins* of counsel) for the defendant.

COLE, Judge: This appeal for reappraisement concerns the dutiable value of men's dressing gowns exported from London and entered at the port of New York.

An agreed set of facts establishes that export value, section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), is the proper basis for appraisement of the merchandise in question, and that such statutory value is sterling 46/6 each, less cash discount of 3¾ per centum, plus case and packing as invoiced. Judgment will be rendered accordingly.